UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**,<br><br>    Plaintiff,<br><br>v.<br><br>**Ramawatar Sah, dba Quick Shop Market;**<br>**Darrel M. Larson,** in his individual and representative capacity as Trustee;<br>**Joan H. Larson,** in her individual and representative capacity as Trustee; and Does 1-10,<br><br>    Defendants | Case No.: **2:13-CV-00894-MCE-KJN**<br><br>**ORDER ALLOWING AMENDMENT OF COMPLAINT**<br><br>Complaint Filed: May 07, 2013 |

Pursuant to Stipulation (ECF No. 21) for filing Second Amended Complaint entered into by plaintiff Scott Johnson and defendant Ramawatar Sah dba Quick Shop Market, by and through their respective counsel,

1. Plaintiff's proposed Second Amended Complaint, filed concurrently with the Stipulation for filing Second Amended Complaint, is DEEMED to be Plaintiff's Second Amended Complaint;

///

-1-

Order                                              Case #: 2:13-CV-00894-MCE-KJN

2. The Clerk of the Court is ORDERED to file Plaintiff's Proposed Second Amended Complaint (ECF No. 21-2) on the docket of this case; and

3. Plaintiff's Second Amended Complaint is DEEMED to have been filed and served as the date that this order is electronically filed on the docket.

IT IS SO ORDERED.

Dated:  September 3, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT