1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   SCOTT JOHNSON,                              No.  2:13-cv-0894-MCE-KJN PS

12                  Plaintiff,

13          v.                                    ORDER

14   BUTA SINGH, et al.,

15                  Defendants.

16

17          On September 9, 2014, defendant Ramawatar Sah, then represented by counsel, filed an

18   answer to the second amended complaint.  (ECF No. 29.)  On September 29, 2014, the District

19   Judge assigned to this case issued an order granting defendant Sah's counsel's motion to

20   withdraw from representation in this action.  (ECF No. 32.)  The grant of this motion left

21   defendant Sah proceeding *pro se* in this matter.  (Id. at 3.)  To date, no other defendant named in

22   the second amended complaint has made an appearance in this case.  Based on the record, it

23   appears that all defendants that have made an appearance in this action are proceeding *in propria*

24   *persona*.  Accordingly, this action has been assigned to the undersigned for all appropriate pre-

25   trial proceedings pursuant to Local Rule 302(c)(21).

26          On January 21, 2015, plaintiff filed a motion to compel defendant Sah to provide initial

27   responses to interrogatories and document requests propounded by plaintiff.  (ECF No. 37.)

28

                                                 1

1    However, this motion is premature.  Under the Federal Rules of Civil Procedure, parties to an

2    action "may not seek discovery from any source before the parties have conferred as required by

3    Rule 26(f)," unless the parties have stipulated to conduct discovery at an earlier time.  Fed. R.

4    Civ. P. 26(d).  As of this date, the court has not held an initial scheduling conference, or even set

5    one for a hearing.  Furthermore, there is no indication that the parties have stipulated to permit

6    discovery at an earlier time.  Consequently, plaintiff's motion is denied without prejudice as

7    premature.

8         Because no initial scheduling conference has been scheduled as of this time, the court

9    shall set such a conference through this order.  Accordingly, an initial scheduling conference is

10   set for Thursday March 5, 2015, at 10:00 a.m., in Courtroom No. 25 before the undersigned.

11        In light of the above, IT IS HEREBY ORDERED that:

12        1.  Plaintiff's motion to compel (ECF No. 37) is DENIED without prejudice as premature.

13        2.  A status (pre-trial scheduling) conference is set for Thursday **March 5, 2015**, at 10:00

14   a.m., in Courtroom No. 25 before the undersigned.  All parties shall appear by counsel or in

15   person if acting without counsel.

16        3.  Not later than fourteen (14) days prior to the status conference, the parties shall meet

17   and confer, and file a joint status report briefly describing the case and addressing the following:

18        a.    Service of process;

19        b.    Possible joinder of additional parties;

20        c.    Any expected or desired amendment of the pleadings;

21        d.    Jurisdiction and venue;

22        e.    Anticipated motions and their scheduling;

23        f.    The report required by Fed. R. Civ. P. 26 outlining the proposed discovery

24   plan and its scheduling, including disclosure of expert witnesses;

25        g.    Future proceedings, including setting appropriate cut-off dates for

26   discovery and law and motion, and the scheduling of a pretrial conference and trial;

27        h.    Special procedures, if any;

28        i.    Estimated trial time;

1            j.       Modifications of standard pretrial procedures due to the simplicity or

2 complexity of the proceedings;

3            k.       Whether the case is related to any other cases, including bankruptcy;

4            l.       Whether a settlement conference should be scheduled;

5            m.       Whether counsel will stipulate to the undersigned acting as settlement

6 judge and waive disqualification by virtue of his so acting, or whether they prefer to have a

7 settlement conference conducted before another judge; and

8            n.       Any other matters that may add to the just and expeditious disposition of

9 this matter.

10          4.   *Failure to obey the Federal Rules of Civil Procedure, this court's Local Rules,[1] or an*

11 *order of this court, may result in dismissal of the action or a judgment of default, monetary*

12 *sanctions, and/or any other appropriate sanctions.*   Although the court liberally construes the

13 pleadings and filings of *pro se* litigants, they are required to abide by all deadlines and procedural

14 requirements.

15          IT IS SO ORDERED.

16 Dated:  February 3, 2015

17

18                         KENDALL J. NEWMAN
                        UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

---

[1] A copy of the court's Local Rules may be obtained from the Clerk's Office or on the court's website at http://www.caed.uscourts.gov/caednew/index.cfm/rules/local-rules/.