1

2

3

4

5

6

7

8          UNITED STATES DISTRICT COURT

9      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  SCOTT JOHNSON,                          No. 2:13-cv-0894-MCE-KJN PS

12              Plaintiff,

13       v.                                  ORDER

14  BUTA SINGH, et al.,

15              Defendants.

16

17       On February 19, 2015, plaintiff filed a notice of settlement.  (ECF No. 40.)  Therein,

18  plaintiff represents that a global settlement has been reached in this action and that plaintiff

19  expects the parties to file a stipulation for dismissal of this action with prejudice within 45 days.

20  (Id.)  In light of this settlement, plaintiff requests the court to vacate all dates currently pending in

21  this action.  Accordingly, the Status (Pre-trial Scheduling) Conference set for March 5, 2015, is

22  hereby VACATED.

23       IT IS SO ORDERED.

24  Dated:  February 23, 2015

25

26                                          KENDALL J. NEWMAN
                                            UNITED STATES MAGISTRATE JUDGE
27

28

                                    1