UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson,** | Case No.: 2:13-CV-00894-MCE-KJN |
| Plaintiff, | |
| v. | **ORDER** |
| **Ramawatar Sah**, dba Quick Shop Market; **Darrel M. Larson**, in his individual and representative capacity as Trustee; **Joan H. Larson**, in her individual and representative capacity as Trustee; **Jaswant Singh**; and Does 1-10, | |
| Defendants. | |

Having read the Notice for Settlement and finding good cause therefore, the Court hereby vacates all currently set dates, with the expectation the parties will file a Stipulation for Dismissal within 45 days.

**IT IS SO ORDERED.**

Dated: February 24, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

---

Notice of Settlement           -1-           2:13-CV-00894-MCE-KJN