UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>  Plaintiff,<br><br>  v.<br><br>RAMAWATER SAH, dba Quick Shop Market; DARREL M. LARSON, in his individual and representative capacity as Trustee; JOAN H. LARSON, in her individual and representative capacity as Trustee; JASWANT SINGH; and Does 1-10, et al.,<br><br>  Defendants. | No. 2:13-cv-0894-MCE-KJN PS<br><br>ORDER APPROVING JOINT STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1) |

The parties' March 19, 2015 joint stipulation for dismissal with prejudice as to all parties pursuant to Federal Rule of Civil Procedure 41(a)(1) is approved. This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated:  March 23, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1