# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson,** | Case No. 2:13-cv-00894-MCE-KJN |
| Plaintiff, | **ORDER** |
| v. | |
| **Ramawatar Sah, dba Quick Shop Market,** et al., | |
| Defendants. | |

The Court has reviewed Plaintiff Scott Johnson's Ex Parte Application for Entry of Stipulated Judgment. ECF No. 46. GOOD CAUSE SHOWN, and pursuant to the agreement of the parties, Plaintiff's Application is GRANTED. Judgment is entered in favor of Plaintiff and against Defendant **Ramawatar Sah, dba Quick Shop Market**, in the amount of $5,000.

IT IS SO ORDERED.

Dated: February 2, 2023

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE